UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SHAJI BROWN** | * | **CIVIL ACTION NO. 21-843** |
| | * | |
| **versus** | * | **SECTION: I** |
| | * | **HON. LANCE M. AFRICK** |
| **ALABAMA GREAT SOUTHERN** | * | |
| **RAILROAD COMPANY** | * | **MAGISTRATE NO. 5** |
| | * | **MAG. JUDGE MICHAEL B. NORTH** |

* * * * * * * * * * * * * * * * *

## THE ALABAMA GREAT SOUTHERN RAILROAD COMPANY'S MOTION IN LIMINE REGARDING THE EXPERT OPINIONS OF PLAINTIFF'S ECONOMIC EXPERT, DR. RANDOLPH RICE

Defendant, Alabama Great Southern Railroad Company ("AGS"), respectfully moves the Court to strike and exclude the report and opinions of plaintiff's purported economic expert, Dr. G. Randolph Rice. Dr. Rice's opinions and report should be excluded because they are unreliable, speculative, and conjectural. AGS further moves the Court to prevent plaintiff from offering any evidence of wage loss not in proper FELA form and through a competent witness. For the reasons expressed in the accompanying memorandum, AGS requests that the Court grant its motion in limine.

                                      Respectfully submitted,

                                      */s/ Benjamin R. Slater, III*
                                      BENJAMIN R. SLATER, III, #12127
                                      ALEXANDER J. DEGIULIO, #38184
                                      **CHAFFE McCALL, L.L.P.**
                                      2300 Energy Centre
                                      1100 Poydras Street
                                      New Orleans, LA  70163-2300
                                      Telephone: (504) 585-7000
                                      Facsimile: (504) 544-6095
                                      Email:  benjamin.slater@chaffe.com
                                                      alex.degiulio@chaffe.com

4656628-1

**-AND-**

Robert S. Hawkins, PA Bar No. 39862
Andrew J. Rolfes, PA Bar No. 78809
Cozen O'Connor
One Liberty Place
1650 Market Street
Suite 2800
Philadelphia, PA 19103
Telephone: (215) 665-2015
Facsimile: (215) 701-2098
Email:  rhawkins@cozen.com
          arolfes@cozen.com
*Attorneys for Defendant,*
*The Alabama Great Southern Railroad Company*