## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SHAJI BROWN** | * | **CIVIL ACTION NO. 21-843** |
| | * | |
| **versus** | * | **SECTION: I** |
| | * | **HON. LANCE M. AFRICK** |
| **ALABAMA GREAT SOUTHERN** | * | |
| **RAILROAD COMPANY** | * | **MAGISTRATE NO. 5** |
| | * | **MAG. JUDGE MICHAEL B. NORTH** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendant, Alabama Great Southern Railroad Company, will submit for decision its Motion in Limine before the Honorable Lance M. Africk, United States Judge for the Eastern District of Louisiana, on Wednesday, May 18, 2022, at 9:00 a.m.

    Respectfully submitted,

    */s/ Benjamin R. Slater, III*
    BENJAMIN R. SLATER, III, #12127
    ALEXANDER J. DEGIULIO, #38184
    **CHAFFE McCALL, L.L.P.**
    2300 Energy Centre
    1100 Poydras Street
    New Orleans, LA 70163-2300
    Telephone: (504) 585-7000
    Facsimile: (504) 544-6095
    Email: benjamin.slater@chaffe.com
           alex.degiulio@chaffe.com

    **-AND-**

4656629-1

Robert S. Hawkins, PA Bar No. 39862
Andrew J. Rolfes, PA Bar No. 78809
Cozen O'Connor
One Liberty Place
1650 Market Street
Suite 2800
Philadelphia, PA 19103
Telephone: (215) 665-2015
Facsimile: (215) 701-2098
Email:  rhawkins@cozen.com
           arolfes@cozen.com
*Attorneys for Defendant,*
*The Alabama Great Southern Railroad Company*

4656629-1