# Transcript of the Testimony of
# Shaji Jimi Brown

### Date taken: October 28, 2021

**Shaji Brown v. The Alabama Great Southern Railroad Company**

All electronic deposition & exhibit files
are available at <<<www.psrdocs.com>>>.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:504-529-5255
Fax:504-529-5257
Email:reporters@psrdocs.com
Internet: http://www.psrdocs.com

Shaji Jimi Brown
Shaji Brown v. The Alabama Great Southern Railroad Company

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SHAJI BROWN
                                CIVIL ACTION
VERSUS        NO. 21-00843
              SECTION "J"
              HON. LANCE M.
                  AFRICK

              MAGISTRATE NO. 5
              MAG. JUDGE
              MICHAEL B. NORTH

              JURY TRIAL
                 REQUESTED

THE ALABAMA GREAT
SOUTHERN RAILROAD COMPANY


    Deposition of SHAJI JIMI BROWN, 18167 Pinehurst Drive, Prairieville, Louisiana 70769 taken in the offices of Davis, Saunders & Miller, PLC, 450 N. Causeway Boulevard, Suite D, Mandeville, Louisiana 70448, reported on Thursday, October 28th, 2021, beginning at 10:12 a.m.

Page 2

1  APPEARANCES:
2
3
    DAVIS, SAUNDERS & MILLER
4   (BY: JOSEPH MARK MILLER, ESQUIRE
        BENJAMIN B. SAUNDERS, ESQUIRE)
5   450 N. CAUSEWAY BOULEVARD, SUITE D
    MANDEVILLE, LOUISIANA 70448
6   (985) 612-3070
    jmiller@davissaunders.com
7   benbsaunders@aol.com
8       ATTORNEYS FOR THE PLAINTIFF
9
10  CHAFFE McCALL
    (BY: BENJAMIN R. SLATER, III, ESQUIRE)
11  2300 ENERGY CENTRE
    1100 POYDRAS STREET
12  NEW ORLEANS, LOUISIANA 70163-2300
    (504) 585-7000
13  benjamin.slater@chaffe.com
14      - AND -
15  (PARTICIPATING BY ZOOM)
    COZEN O'CONNOR
16  (BY: ROBERT S. HAWKINS, ESQUIRE)
    ONE LIBERTY PLACE
17  1650 MARKET STREET, SUITE 2800
    PHILADELPHIA, PENNSYLVANIA 19103
18  (215) 665-2015
    rhawkins@cozen.com
19
        ATTORNEYS FOR DEFENDANT, THE
20      ALABAMA GREAT SOUTHERN RAILROAD COMPANY
21
22  ALSO PRESENT:
23      BRYCE ELL
        SENIOR CLAIM AGENT
24      NORFOLK SOUTHERN CORPORATION
        2101 ST. FERDINAND STREET
25      NEW ORLEANS, LOUISIANA 70117

Page 3

1  REPORTED BY:
2      DIANE TEWIS CLARK, RPR, RMR, CRR
       CERTIFIED COURT REPORTER
3      LOUISIANA CERTIFICATE #73005
       ARKANSAS CERTIFICATE #672

Page 4

                * * *
         EXAMINATION INDEX
                              Page
EXAMINATION BY MR. SLATER ............. 6
EXAMINATION BY MR. HAWKINS ..........124

                * * *
         INDEX OF EXHIBITS
                              Page

Exhibit No. 1 .......................55
   Norfolk Southern Schematic,
   AGS_000144

Exhibit No. 2 .......................54
   Norfolk Southern Nurse Reviewer
   Summary, AGS_000766 through
   AGS_000774

Exhibit No. 3 .......................69
   Start Handling Report, AGS_429
   through AGS_000435

Exhibit No. 4 ......................123
   Form 22, Personal Injury Report,
   AGS_000475

Pages 1 to 4

Professional Shorthand Reporters, Inc.                 1-800-536-5255
Offices in New Orleans and Baton Rouge                 www.psrdocs.com

Page 5

1           STIPULATION
2
3       It is stipulated and agreed by and
4  between counsel for the parties hereto that
5  the deposition of the aforementioned witness
6  is hereby being taken pursuant to the
7  Federal Rules of Civil Procedure;
8
9       All formalities, including the
10 reading and signing of the transcript by the
11 witness, are hereby waived;
12
13      All objections, except those as to
14 the form of the question and the
15 responsiveness of the answer, are hereby
16 reserved until such time as this deposition,
17 or any part thereof, may be used or sought
18 to be used in evidence.
19
20           * * *
21
22      DIANE TEWIS CLARK, RPR, RMR, CRR,
23 Certified Court Reporter, State of
24 Louisiana, officiated in administering the
25 oath to the witness.

Page 6

1             * * *
2        SHAJI JIMI BROWN,
3  after having been first duly sworn by the
4  above-mentioned court reporter, did testify
5  as follows:
6  EXAMINATION BY MR. SLATER:
7       Q.  Mr. Brown, I think I introduced
8  myself to you before we started.  My name is
9  Ben Slater and I'm the railroad's attorney.
10      A.  Yes, sir.
11      Q.  And Mr. Hawkins is also
12 representing the railroad and you see him on
13 the screen.
14      A.  Yes, sir.
15      Q.  All right.  We'll try not to
16 belabor this too much, but there's a lot of
17 stuff to go through here --
18      A.  Yes, sir.
19      Q.  -- so we'll try to work through it
20 as best we can.  Let me ask you to give us
21 your current address, please.
22      A.  My current address is 18167
23 Pinehurst together, P-I-N-E-H-U-R-S-T.
24      Q.  Where is that located?
25      A.  That's in Prairieville,

Page 7

1  P-R-A-I-R-I-E-V-I-L-L-E.
2       Q.  All right.  Did you grow up in
3  Prairieville?
4       A.  No, sir, I didn't.
5       Q.  Where'd you grow up?
6       A.  In New Orleans, Louisiana.
7       Q.  Oh, okay.  Were you born in
8  New Orleans?
9       A.  No, sir, I wasn't.
10      Q.  Where were you born?
11      A.  In Vallejo, California.
12      Q.  Okay.  So when did your family
13 move here to Louisiana?
14      A.  I was with my mom.  She was in
15 California at the time I was -- at birth.
16      Q.  I see.  So you were raised in
17 New Orleans?
18      A.  Yes, sir.
19      Q.  Where did you go to school in
20 New Orleans?
21      A.  Abramson High School.
22      Q.  And what year did you graduate?
23      A.  1999.
24      Q.  And did you play any sports while
25 you were there?

Page 8

1       A.  I played in the band.
2       Q.  Were you injured in any way when
3  you were in high school, any back injuries
4  leg injuries, hand injuries, anything like
5  that?
6       A.  No, sir.
7       Q.  After you graduated did you go up
8  and look for a job?
9       A.  Yes, sir.
10      Q.  Where did you go to work?
11      A.  About to recall, I think Walmart
12 was one of my first jobs.
13      Q.  Okay.  What were you doing there,
14 do you remember?
15      A.  Just a staff worker, I guess.
16      Q.  Just what?
17      A.  A staff worker.
18      Q.  Okay.  And did you stay with them
19 for very long?
20      A.  I can't recall.  That was years
21 ago.
22      Q.  Okay.  I'm just trying to get a
23 general idea of the places that you've
24 worked, so if you could help me with that.
25      A.  Yes, sir.

### Page 117

```
 1        Q.  Okay.  Why not?
 2        A.  Because come to find out, the
 3   other crew had taken the rest of the cars
 4   that -- on the list I had, I had the whole
 5   list of 7, but misinformed from the
 6   yardmaster who didn't give me the briefing,
 7   telling me that A67 was taking my cut, which
 8   he had told me before, nobody else was
 9   touching.  I wasn't thinking that he was --
10   that those cars were going to be gone.
11        Q.  Okay.  So these were the cars you
12   were bleeding, the 20 cars that you were
13   bleeding, is that right?
14        A.  No.  This is part of -- this is
15   part of the list.
16        Q.  Part?  All right.  Well, then --
17        A.  This is part of 7 list.
18        Q.  It's the same 20 cars we're
19   talking about or these different cars that
20   they took?
21        A.  They were different cars that he
22   took.
23        Q.  Oh, okay.  So you -- so there were
24   other parts of your job for that day,
25   besides just bleeding these 25 cars?
```

### Page 118

```
 1        A.  Yes, sir.
 2        Q.  There were other cars in the
 3   track?
 4        A.  Yes, sir.
 5        Q.  And they hooked up to those cars
 6   and they took them out of the track?
 7        A.  Yes, sir.
 8        Q.  And you expected you were going to
 9   be doing that as part of your job that day,
10   is that what you're telling me?
11        A.  Yes, sir.
12        Q.  Okay, and when did you find out
13   that they had taken those cars out of track
14   7?
15        A.  They instructed that that second
16   time.
17        Q.  I may have asked you this earlier,
18   but if I didn't, just remind me.  When you
19   were thrown back, you made contact with the
20   car in the adjacent track, is that your
21   testimony or did you hit the ground?
22        A.  The car first.
23        Q.  You hit the car in the track 6,
24   was it 6?
25        A.  Yes.
```

### Page 119

```
 1        Q.  All right, you had a car in 6,
 2   what part of your body hit the car?
 3        A.  The whole back.  You did ask me
 4   that previous.
 5        Q.  Okay.  And then you fell -- then
 6   you slid down?
 7        A.  Yes.
 8        Q.  So who were you -- have you
 9   returned to any kind of work since you left
10   the railroad?
11        A.  I did.
12        Q.  What are you doing?
13        A.  Driving trucks.
14        Q.  Is that for a particular company?
15        A.  Yes, sir.
16        Q.  Which one, sir?
17        A.  U.S. Express.
18        Q.  U.S. Express?
19        A.  Yes, sir.
20        Q.  And how -- is that local driving
21   or is it --
22        A.  Yes.
23        Q.  -- on the road?  Local driving.
24   Is that a full-time job?  Or how many hours
25   a week do you get?
```

### Page 120

```
 1        A.  It varies.
 2        Q.  Okay.  Between what and what?
 3        A.  Between 40 and probably 60.
 4        Q.  Okay.  And how long have you been
 5   doing that, sir?
 6        A.  I just started driving with them
 7   last month.
 8        Q.  Is that a New Orleans-based
 9   company or are they a national company that
10   has an office -- or do they have an office
11   in New Orleans?
12        A.  The office is actually in Hammond.
13        Q.  In Hammond?
14        A.  Yes.
15        Q.  Okay.  Is there someone in
16   particular that you report to?
17        A.  Just the office.
18        Q.  The office.  Is there a person who
19   supervises you?
20        A.  Dispatch.
21        Q.  So what, they just call you and
22   tell you, come over and get a truck and then
23   tell you where to go?
24        A.  Yes, sir.
25        Q.  And is it local driving?
```

Page 121

1     A. Yes, sir.
2     Q. And it 40- to 60-hours a week?
3     A. Yes, sir.
4     Q. All right. I'm going to go ahead
5 and we'll just introduce these documents
6 we've identified.
7     MR. MILLER:
8         One through 3.
9     MR. SLATER:
10         All right. So we've got -- we've
11 got the schematic, the medical records and
12 then the Start records, and I guess that's
13 all we really -- and the medical records
14 that we have, we referred to, I don't know
15 that we need to make those exhibits, we both
16 know which ones they are, we can use them
17 later if necessary.
18         And, Madam Court Reporter, if you
19 need some of those medical records where I
20 was talking and reading things and you
21 didn't have a copy in front of you, I know
22 it's always desirable to have that, if you
23 will let me know or my office know that we
24 can -- either I or Joe. I'll be happy to
25 go --

Page 122

1     MR. MILLER:
2         As it's being transcribed if you
3 have some issues, reach out to us.
4     MR. SLATER:
5         Yeah, yeah, and then we'll just
6 make sure we get you the right record.
7         Okay. So Mr. Hawkins is going to
8 have some questions. You want to take a
9 break, Mr. Hawkins, first or do you want to
10 start now?
11     MR. HAWKINS:
12         No, why don't we just take five or
13 ten minutes?
14     MR. SLATER:
15         Yes.
16     MR. HAWKINS:
17         Then we'll get back to --
18     MR. SLATER:
19         I'm sorry, I didn't hear you.
20     MR. HAWKINS:
21         Do we have a form 22 as an
22 exhibit?
23     MR. SLATER:
24         Yes, sir. That is an exhibit, is
25 it not? Did we mark it as an exhibit,

Page 123

1 Form 22?
2     MR. MILLER:
3         We did not.
4     MR. SLATER:
5         All right. Let's go ahead and
6 mark it, yeah. Let's mark the Form 22 which
7 is this record as the fourth exhibit then.
8     MR. MILLER:
9         AGS475.
10     MR. SLATER:
11         Yeah.
12         (Exhibit No. 4 marked for
13 identification.)
14     MR. SLATER:
15         All right. So you want to take a
16 short break before we start?
17     MR. HAWKINS:
18         Sure. I've got 12:32. You want
19 to make it 12:40?
20     MR. SLATER:
21         Okay. Is that okay with you,
22 Mr. Brown?
23     THE WITNESS:
24         Okay.
25     MR. SLATER:

Page 124

1         We'll take a short break.
2         (Whereupon, a brief recess was
3 taken.)
4 EXAMINATION BY MR. HAWKINS:
5     Q. Good afternoon, Mr. Brown. My
6 name is Robert Hawkins. I represent the
7 railroad with respect to your claims with
8 regard to safety. There are two sets of
9 claims in this case, and that's my area of
10 responsibility. I just spent the last ten
11 minutes trying to cut down the questions I
12 was going to ask, so that I don't duplicate
13 anything that Mr. Slater has asked you. So
14 I'm going to do my best not to duplicate at
15 all.
16     A. Yes, sir.
17     Q. All right. Let me start off, just
18 before you were hired by the
19 Norfolk Southern, which other company were
20 you working with at that time?
21     A. I had just finished peak season
22 the UPS.
23     Q. You were hired in December?
24     A. Yes, sir.
25     Q. So their peak season would have