# G. RANDOLPH RICE, PH.D.

ECONOMICS
7048 MONITEAU COURT
BATON ROUGE, LOUISIANA 70809

PROFESSOR EMERITUS
LOUISIANA STATE UNIVERSITY
BATON ROUGE, LOUISIANA

(225) 927-4546
(225) 921-7071
grrice12@yahoo.com

March 15, 2022

Mr. Joseph M. Miller
Attorney at Law
450 North Causeway Blvd., Suite D
Mandeville, LA 70448

Re: *Mr. Shaji Brown*

Dear Mr. Miller:

The following is a summary of some economic calculations that I have prepared pursuant to the trial in which you represent Mr. Shaji Brown, scheduled for July 11, 2022.

Materials provided to me in this matter included:

− Cover letter (3/10/2022) w/background information (Date of Birth; Date of Accident; Trial Date; etc.);
− COMPLAINT for DAMAGES: USDC/Eastern District of Louisiana;
− 2019/2020 Wage Data;
− Fringe Benefits (Carrier's Cost);
− Paystubs (through 11/02/2021): U.S. Express, Inc.; and
− AGS Response to Interrogatories.

Mr. Brown was born January 23, 1980; the date of his accident was June 28, 2020. You have requested that Mr. Brown's work-life expectancy extend consecutively to age sixty-five, or +22.55 years from trial.

The 2019 pay record shows Gross Income of $47,102.02 during the calendar year prior to his accident. We can readily deduct from this gross yearly amount the appropriate state and federal income taxes to produce the after-tax counterpart. This latter figure is used as our benchmark income for making the calculations below.

The potential economic losses in this case are comprised of both past and future amounts. The prospective past earnings foregone can be represented by those

Mr. Joseph M. Miller
March 15, 2022
Page 2

wages which Mr. Brown might have received from the date of his accident in 2020 until trial in 2022 but did not owing to his injuries. Assuming the income level as explained in the preceding paragraph in this regard (but "crediting" against such those monies shown for 2021 via U.S. Express, Inc., and ... as requested ... an assumed employment effective 3/17/2020 @ $15.00 per hour/40 hours per week), an estimate of the past after-tax wage "losses" is $60,244.00.

In viewing future earning capacity, it is generally not to be expected that an individual would receive constant amounts over time. Thus, in this spirit and attributable primarily to anticipated inflationary pressures, I have applied an average annual rate of growth in nominal earnings of 2.5 percent, beginning with the base income noted above, for each year of the next 22.55 years.

After these increases, we can reduce the year-to-year "projections" to a lump-sum equivalent at trial by applying a discount rate. Four factors determine the choice of a fair rate of discount: (1) safety for the "invested" monies; (2) "liquidity" sufficient to permit replacing the dollars on a schedule coincident with the point-in-time when they would have been earned; (3) availability in today's financial markets: and (4) adaptations for tax consequences. A gross discount rate of 2.25 percent is used.

With these data, the discounted/present value of Mr. Brown's future after-tax earning capacity (absent-injury) is $997,474.00.

In the event that Mr. Brown can work in the future but at a lesser rate of pay than he previously enjoyed, then the issue becomes the diminution of earnings during the remainder of his work-life expectancy (discounted to the trial date). For example, should he be able to retain employment at the $15.00 per hour/40 hours per week (in today's dollars: $31,200.00 per annum) as referenced above for the next 22.55 years, the present value of such (applying the same wage growth factor and gross discount rate as used with the higher income option) is $670,035.00. Thus, the net future discounted wage "losses" per the circumstances here are $327,439.00 (i.e., $997,474.00 less $670,035.00), and adding our past estimate of $60,244.00 gives an overall value of **$387,683.00**.

Mr. Joseph M. Miller
March 15, 2022
Page 3

In addition to these wage concerns, some further economic issues can be addressed as follows:

- The current (2021) employer annual contributions for Medical/Life/AD&D/ODI/Dental/Vision "Health and Welfare" policies total $18,490.08. If any past/pre-trial out-of-pocket expenses have been incurred since Mr. Brown's accident … that would have been covered by these plans … but were not … the dollar amounts should be a matter-of-record. The present value of like future (+22.55 years) composite "fringe benefits" is **$438,043.00**; and

- you requested a calculation showing employer contributions to Mr. Brown's retirement plan, *viz*., Tier I (6.2% vis-à-vis gross wages)/Tier II (13.10% x gross wages). Using the absent-injury gross wage calculations, the past and discounted future values of such are: $74,603.00 (Tier I)/$157,630.00 (Tier II). The sum of the two is **$232,233.00**.

Please keep me posted of progress toward trial.

Sincerely,

*Randy Rice*

G. Randolph Rice

GRR:mjn

# G. RANDOLPH RICE, PH.D.

ECONOMICS
7048 MONITEAU COURT
BATON ROUGE, LOUISIANA 70809

PROFESSOR EMERITUS
LOUISIANA STATE UNIVERSITY
BATON ROUGE, LOUISIANA

(225) 927-4546
(225) 921-7071
grrice12@yahoo.com

March 15, 2022

Mr. Joseph M. Miller
Attorney at Law
450 North Causeway Blvd., Suite D
Mandeville, LA 70448

Invoice for economic work to date
in the **_Shaji Brown_** case

Amount Due = **$1,200.00**