UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHAJI BROWN | * | CIVIL ACTION NO: 2:21-CV-000843 |
| | * | |
| VERSUS | * | HON. JUDGE LANCE AFRICK |
| | * | |
| ALABAMA GREAT SOUTHERN | * | MAG. JUDGE NORTH |
| RAILROAD COMPANY | * | |
| | * | TRIAL BY JURY |

**********************************************

**PLAINTIFF'S SUPPLEMENTAL BRIEF REQUESTED BY THE COURT**
**(R. DOC. 53 Order & Reasons June 9, 2022)**

In the above-referenced Order, the Court requested additional information regarding the evidence Plaintiff, Shaji Brown, would offer at trial regarding his work-life expectancy.[1]

Initially, Plaintiff retained economist, Dr. Randolph Rice, to perform calculations of Mr. Brown's past wage loss and future loss of fringe benefits and future lost earning capacity. The calculations were performed by Dr. Rice and documented in his narrative report on March 15, 2022.[2] At that time, Plaintiff requested that these calculations assume a work-life expectancy to Mr. Brown's age of 65, which would be *22.55* years from the date of trial, July 11, 2022.

With the permission of the Court at trial and based on the evidence at trial, Dr. Rice will render a supplemental report[3] and be prepared to testify regarding Mr. Brown's work-life expectancy based on Gary R. Skoog, James E. Ciecka and Kurt V. Krueger, THE MARKOV MODEL OF LABOR FORCE ACTIVITY 2012-2017: EXTENDED TABLES OF CENTRAL TENDENCY, SHAPE, PERCENTILE POINTS, AND BOOTSTRAP STANDARD ERRORS, *Journal of Forensic*

---

[1] R. Doc. 53, p. 13.
[2] R. Doc. 42-6.
[3] Exhibit A- Addendum Report dated June 15, 2022.

1

*Economics* 28(1-2), 2019, pp. 15-108 and/or Gary R. Skoog, WORK LIFE EXPECTANCIES OF RAILROAD WORKERS BASED ON THE TWENTY-SEVENTH ACTUARIAL VALUATION, BUREAU OF THE ACTUARY OF THE U.S. RAILROAD RETIREMENT BOARD, March 2020.  Together these studies indicate a work-life expectancy for Mr. Brown (based on his age, service tenure, education-Some College) that falls between 17.77 years and 19.55 years based on the particular models found in the tables referenced above and attached to Dr. Rice's report. These tables will cause a reduction in Mr. Brown's work-life expectancy from the original assumption of 22.55 years to the age of 65 in the initial report. Likewise, Mr. Brown's total economic special damages have been reduced as stated in Exhibit A.

Plaintiff understands that the introduction of evidence of Mr. Brown's future earnings losses is dependent on the proper foundation, facts, and testimony submitted during trial and that the ruling to limit Dr. Rice's opinions is deferred until that time.

                                Respectfully Submitted,

                                **DAVIS, SAUNDERS & MILLER PLC**

BY:    */s/ Joseph M. Miller*

                                **JOSEPH M. MILLER #30636**
                                **BENJAMIN B. SAUNDERS #11733**
                                450 North Causeway Blvd, Suite D
                                Mandeville, Louisiana  70448
                                Telephone: (985) 612-3070
                                Facsimile:  (985)612-3072

                                **Attorneys for Plaintiff,**
                                **Shaji Brown**