G. RANDOLPH RICE, PH.D.

ECONOMICS
7048 MONITEAU COURT
BATON ROUGE, LOUISIANA 70809

PROFESSOR EMERITUS
LOUISIANA STATE UNIVERSITY
BATON ROUGE, LOUISIANA

(225) 927-4546
(225) 921-7071
grrice12@yahoo.com

June 15, 2022

Mr. Joseph M. Miller
Attorney at Law
450 North Causeway Blvd., Suite D
Mandeville, LA 70448

Re: <u>*Mr. Shaji Brown*</u>

Dear Mr. Miller:

Please accept this note as an addendum to my earlier report dated March 15, 2022. In particular, the results here address alternative work-life expectancy "durations" (future) in lieu of the assumption previously provided that Mr. Brown would work consecutively until age sixty-five. The two (2) sources for work-life expectancy are: (1) Skoog, Ciecka and Krueger, THE MARKOV MODEL OF LABOR FORCE ACTIVITY, 2012-2017 ..., *Journal of Forensic Economics* 28 (1-2), 2019; and (2) Skoog & Ciecka, WORKLIFE EXPECTANCIES OF RAILROAD WORKERS ... 27th Actuarial Valuation, March 2020 (2 versions).

Mr. Brown was born January 23, 1980. Accordingly, the <u>future</u> work-life expectancies <u>from</u> <u>trial</u> via these work-life tables are:

(1) THE MARKOV MODEL
(for a male of Mr. Brown's age with
"some college') .................................................................. +19.55 years

(2) RAILROAD WORKER
(a) Competing Risks (4 yrs. "tenure")......................................... +17.77 years
(b) Markov Model (4 yrs. "tenure") ............................................ +19.31 years

The basic wage data from the prior report are retained here, *viz*., Gross Wage (absent-injury): $47,102.02 per annum; Return-to-Work Wage (with-injury): $31,200.00; same growth/discount combination. All results are net of state and federal income taxes. We retain our estimate of the past/pre-trial after-tax wage "losses": **<u>$60,244.00</u>**.

**Exhibit A**

The present values of the future after-tax earning capacity (absent-injury) with the work-life periods noted above are:

| +19.55 years (#1) | +17.77 years (#2a) | +19.31 years (#2b) |
|---|---|---|
| **$859,315.00** | **$778,152.00** | **$848,337.00** |

The return-to-work ($31,200.00 per annum) present values are:

| +19.55 years (#1) | +17.77 years (#2a) | +19.31 years (#2b) |
|---|---|---|
| **$577,511.00** | **$523,116.00** | **$570,156.00** |

with corresponding future **"differences/losses"** of:

| **$281,804.00** | **$255,036.00** | **$278,181.00** |
|---|---|---|
| (1a) | (2a) | (2b) |

Adding our past estimate of $60,244.00 and these future "differentials" ($281,804.00/$255,036.00/$278,181.00) give overall values of (1) **$342,048.00**; (2a) **$315,280.00**; and (2b) **$338,425.00**, respectively.

Adopting the "fringe benefits" data as previously addressed, the revised results here are:

- Medical/Life/AD&D/ODI/Dental Vision "Health and Welfare" Policies – Present Values of Future

| +19.55 years (#1) | +17.77 years (#2a) | +19.31 years (#2b) |
|---|---|---|
| **$377,370.00** | **$341,727.00** | **$372,549.00** |

- Tier I/Tier II Employer Retirement Contribution (Past and Future): 6.20%/13.10%:

**Exhibit A**

| | Past +19.55 yrs. | Past +17.77 yrs. | Past +19.31 yrs. |
|---|---|---|---|
| Tier I: | $65,021.00 | $59,391.00 | $64,259.00 |
| Tier II: | $137,383.00 | $125,488.00 | $135,774.00 |
| TOTAL = | **$202,404.00** | **$184,879.00** | **$200,033.00** |

Please keep me posted of progress toward trial.

Sincerely,

Randy Rice

G. Randolph Rice

GRR:mjn

**Exhibit A**

G. RANDOLPH RICE, PH.D.

ECONOMICS
7048 MONITEAU COURT
BATON ROUGE, LOUISIANA 70809

PROFESSOR EMERITUS
LOUISIANA STATE UNIVERSITY
BATON ROUGE, LOUISIANA

(225) 927-4546
(225) 921-7071
grrice12@yahoo.com

June 15, 2022

Mr. Joseph M. Miller
Attorney at Law
450 North Causeway Blvd., Suite D
Mandeville, LA 70448

Invoice for revised economic calculations
-attached-in the ***Shaji Brown*** case

Amount Due = **$750.00**

**Exhibit A**

# Worklife Expectancies of Railroad Workers Based on the Twenty-Seventh Actuarial Valuation

**Gary R. Skoog**
**Legal Econometrics and**
**Department of Economics**
**DePaul University**

**James E. Ciecka**
**Department of Economics**
**DePaul University**

**March, 2020**

**Exhibit A**

| | | Competing Risks | | Markov Model | |
|---|---|---|---|---|---|
| Age | Years of Service | WLE | Standard Deviation | WLE | Standard Deviation |
| 41 | 2 | 18.13 | 8.98 | 20.55 | 6.86 |
| 41 | 3 | 18.52 | 8.68 | 20.55 | 6.86 |
| 41 | 4 | 18.73 | 8.52 | 20.48 | 6.72 |
| 41 | 5 | 19.00 | 8.45 | 20.45 | 6.69 |
| 41 | 6 | 18.96 | 8.17 | 20.16 | 6.75 |
| 41 | 7 | 18.84 | 7.81 | 20.40 | 6.62 |
| 41 | 8 | 18.65 | 7.47 | 20.43 | 6.66 |
| 41 | 9 | 18.35 | 7.10 | 20.18 | 6.45 |
| 41 | 10 | 17.63 | 6.48 | 19.81 | 6.18 |
| 41 | 11 | 16.72 | 5.76 | 19.41 | 5.92 |
| 41 | 12 | 16.77 | 5.72 | 18.92 | 5.64 |
| 41 | 13 | 16.83 | 5.68 | 18.15 | 5.27 |
| 41 | 14 | 16.85 | 5.66 | 17.18 | 4.77 |
| 41 | 15 | 16.87 | 5.66 | 17.18 | 4.77 |
| 41 | 16 | 16.89 | 5.65 | 17.18 | 4.77 |
| 41 | 17 | 16.90 | 5.65 | 17.18 | 4.77 |
| 41 | 18 | 16.90 | 5.65 | 17.18 | 4.77 |
| 41 | 19 | 16.89 | 5.66 | 17.18 | 4.77 |
| 41 | 20 | 16.89 | 5.67 | 17.18 | 4.77 |
| 41 | 21 | 16.92 | 5.63 | 17.18 | 4.77 |
| 41 | 22 | 16.95 | 5.60 | 17.18 | 4.77 |
| 41 | 23 | 16.97 | 5.58 | 17.18 | 4.77 |
| 41 | 24 | 16.99 | 5.55 | 17.18 | 4.77 |
| 42 | 0 | 15.09 | 9.88 | 19.70 | 6.76 |
| 42 | 1 | 16.65 | 9.19 | 19.70 | 6.76 |
| 42 | 2 | 17.49 | 8.67 | 19.70 | 6.76 |
| 42 | 3 | 17.87 | 8.39 | 19.70 | 6.76 |
| 42 | 4 | 18.08 | 8.21 | 19.70 | 6.76 |
| 42 | 5 | 18.23 | 8.07 | 19.62 | 6.61 |
| 42 | 6 | 18.47 | 8.01 | 19.60 | 6.58 |
| 42 | 7 | 18.41 | 7.74 | 19.31 | 6.65 |
| 42 | 8 | 18.25 | 7.39 | 19.54 | 6.51 |
| 42 | 9 | 18.03 | 7.07 | 19.58 | 6.55 |
| 42 | 10 | 17.70 | 6.72 | 19.33 | 6.34 |
| 42 | 11 | 16.93 | 6.12 | 18.95 | 6.07 |
| 42 | 12 | 16.00 | 5.41 | 18.56 | 5.81 |
| 42 | 13 | 16.03 | 5.39 | 18.07 | 5.53 |
| 42 | 14 | 16.06 | 5.36 | 17.29 | 5.15 |



Exhibit A

| | | Competing Risks | | Markov Model | |
|---|---|---|---|---|---|
| Age | Years of Service | WLE | Standard Deviation | WLE | Standard Deviation |
| 42 | 15 | 16.08 | 5.37 | 16.32 | 4.65 |
| 42 | 16 | 16.08 | 5.38 | 16.32 | 4.65 |
| 42 | 17 | 16.09 | 5.39 | 16.32 | 4.65 |
| 42 | 18 | 16.09 | 5.39 | 16.32 | 4.65 |
| 42 | 19 | 16.08 | 5.42 | 16.32 | 4.65 |
| 42 | 20 | 16.08 | 5.41 | 16.32 | 4.65 |
| 42 | 21 | 16.10 | 5.39 | 16.32 | 4.65 |
| 42 | 22 | 16.12 | 5.36 | 16.32 | 4.65 |
| 42 | 23 | 16.14 | 5.34 | 16.32 | 4.65 |
| 42 | 24 | 16.15 | 5.33 | 16.32 | 4.65 |
| 42 | 25 | 16.17 | 5.30 | 16.32 | 4.65 |
| 43 | 0 | 14.52 | 9.53 | 18.85 | 6.65 |
| 43 | 1 | 16.04 | 8.86 | 18.85 | 6.65 |
| 43 | 2 | 16.83 | 8.38 | 18.85 | 6.65 |
| 43 | 3 | 17.22 | 8.11 | 18.85 | 6.65 |
| 43 | 4 | 17.41 | 7.93 | 18.85 | 6.65 |
| 43 | 5 | 17.57 | 7.77 | 18.78 | 6.51 |
| 43 | 6 | 17.69 | 7.64 | 18.75 | 6.47 |
| 43 | 7 | 17.91 | 7.60 | 18.46 | 6.54 |
| 43 | 8 | 17.81 | 7.34 | 18.70 | 6.40 |
| 43 | 9 | 17.62 | 7.00 | 18.73 | 6.44 |
| 43 | 10 | 17.37 | 6.70 | 18.48 | 6.23 |
| 43 | 11 | 17.00 | 6.37 | 18.10 | 5.95 |
| 43 | 12 | 16.21 | 5.78 | 17.71 | 5.69 |
| 43 | 13 | 15.24 | 5.09 | 17.22 | 5.40 |
| 43 | 14 | 15.26 | 5.08 | 16.44 | 5.02 |
| 43 | 15 | 15.28 | 5.08 | 15.47 | 4.51 |
| 43 | 16 | 15.28 | 5.10 | 15.47 | 4.51 |
| 43 | 17 | 15.27 | 5.13 | 15.47 | 4.51 |
| 43 | 18 | 15.28 | 5.14 | 15.47 | 4.51 |
| 43 | 19 | 15.26 | 5.17 | 15.47 | 4.51 |
| 43 | 20 | 15.26 | 5.17 | 15.47 | 4.51 |
| 43 | 21 | 15.29 | 5.14 | 15.47 | 4.51 |
| 43 | 22 | 15.30 | 5.13 | 15.47 | 4.51 |
| 43 | 23 | 15.32 | 5.10 | 15.47 | 4.51 |
| 43 | 24 | 15.32 | 5.09 | 15.47 | 4.51 |
| 43 | 25 | 15.33 | 5.09 | 15.47 | 4.51 |
| 43 | 26 | 15.34 | 5.06 | 15.47 | 4.51 |



**Exhibit A**

*Journal of Forensic Economics* 28(1-2), 2019, pp. 15-108
© 2019 by the National Association of Forensic Economics

# The Markov Model of Labor Force Activity 2012-17: Extended Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors

Gary R. Skoog, James E. Ciecka, and Kurt V. Krueger*

Downloaded from http://meridian.allenpress.com/jfe/article-pdf/28/1-2/15/2869744/jfe-457.pdf by Allen Press Test Institution, Liza Woolard on 26 August 2021


## Abstract

This paper updates the Skoog-Ciecka-Krueger (2011) study which used 2005-09 U.S. population labor force data to estimate worklife expectancies. This update presents estimates using 2012-17 labor force data for persons ages 18 and over by sex and education. These updated estimates are presented as before as a set of worklife tables, including extended probability calculations and other statistical measures useful to forensic economists. Transition probabilities, by age, gender, and education, are contained in the electronic supplementary materials.


## I. Introduction

Worklife expectancy within the Markov model remains the current paradigm employed by forensic economists to calculate mortality-adjusted time in-and-out of the labor force. Its use is commonly dated to Smith (1982) and the Bureau of Labor Statistics *Bulletin 2135*, which announced the change from the conventional worklife model; but the model goes back earlier.[1] Two living states, active and inactive in the labor force, are tracked and continue to be used in the worklife tables that are in most common use.

This paper updates the Skoog-Ciecka-Krueger (2011) study which used 2005-09 U.S. population labor force data to estimate worklife expectancies. This update presents estimates using 2012-17 labor force data for persons ages 18 and over by sex and education. These updated estimates are presented as before as a set of worklife tables, including extended probability calculations and other statistical measures useful to forensic economists.

The paper is organized as follows. Section II contains a brief refresher on the method, notation, and recursions used to calculate worklife expectancies and other distributional characteristics of time in the labor force. Our data sets are discussed in Section III. Section IV is the heart of the paper. It

---

*Gary R. Skoog, Legal Econometrics Inc., Glenview, IL; James E. Ciecka, DePaul University, Chicago, IL; Kurt V. Krueger, John O. Ward Associates, Prairie Village, KS.

[1]Hoem and Fong (1976) and Hoem (1977) are the earliest known multistate life tables of lifetime labor force activity.

**Exhibit A**

Table 6
Characteristics for Initially Active Men, Some College, No Degree

| Age | WLE Mean | Median | Mode | SD | SK | KU | 10% | 25% | 75% | 90% | WLE-B | SE-B |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | 38.54 | 39.50 | 41.50 | 9.46 | -0.91 | 4.59 | 26.50 | 33.50 | 44.50 | 49.50 | 38.51 | 0.28 |
| 21 | 37.71 | 38.50 | 40.50 | 9.37 | -0.88 | 4.49 | 26.50 | 32.50 | 44.50 | 48.50 | 37.68 | 0.28 |
| 22 | 36.89 | 38.50 | 39.50 | 9.27 | -0.84 | 4.39 | 25.50 | 31.50 | 43.50 | 47.50 | 36.87 | 0.28 |
| 23 | 36.06 | 37.50 | 39.50 | 9.17 | -0.81 | 4.28 | 24.50 | 31.50 | 42.50 | 46.50 | 36.04 | 0.27 |
| 24 | 35.23 | 36.50 | 38.50 | 9.07 | -0.77 | 4.16 | 23.50 | 30.50 | 41.50 | 45.50 | 35.21 | 0.27 |
| 25 | 34.39 | 35.50 | 37.50 | 8.97 | -0.74 | 4.06 | 23.50 | 29.50 | 40.50 | 44.50 | 34.36 | 0.27 |
| 26 | 33.54 | 34.50 | 36.50 | 8.87 | -0.70 | 3.95 | 22.50 | 28.50 | 39.50 | 43.50 | 33.51 | 0.27 |
| 27 | 32.68 | 33.50 | 35.50 | 8.77 | -0.67 | 3.85 | 21.50 | 27.50 | 38.50 | 42.50 | 32.65 | 0.27 |
| 28 | 31.81 | 32.50 | 34.50 | 8.68 | -0.63 | 3.75 | 20.50 | 26.50 | 37.50 | 41.50 | 31.79 | 0.26 |
| 29 | 30.94 | 31.50 | 33.50 | 8.58 | -0.60 | 3.66 | 19.50 | 25.50 | 36.50 | 40.50 | 30.92 | 0.26 |
| 30 | 30.08 | 30.50 | 32.50 | 8.49 | -0.57 | 3.57 | 19.50 | 25.50 | 35.50 | 40.50 | 30.06 | 0.26 |
| 31 | 29.22 | 30.50 | 31.50 | 8.39 | -0.54 | 3.49 | 18.50 | 24.50 | 34.50 | 39.50 | 29.20 | 0.26 |
| 32 | 28.36 | 29.50 | 30.50 | 8.29 | -0.50 | 3.41 | 17.50 | 23.50 | 34.50 | 38.50 | 28.34 | 0.25 |
| 33 | 27.51 | 28.50 | 29.50 | 8.19 | -0.47 | 3.34 | 16.50 | 22.50 | 33.50 | 37.50 | 27.50 | 0.25 |
| 34 | 26.67 | 27.50 | 28.50 | 8.09 | -0.44 | 3.27 | 15.50 | 21.50 | 32.50 | 36.50 | 26.65 | 0.24 |
| 35 | 25.83 | 26.50 | 28.50 | 7.99 | -0.41 | 3.21 | 15.50 | 20.50 | 31.50 | 35.50 | 25.82 | 0.24 |
| 36 | 25.00 | 25.50 | 27.50 | 7.88 | -0.38 | 3.15 | 14.50 | 20.50 | 30.50 | 34.50 | 24.98 | 0.24 |
| 37 | 24.16 | 24.50 | 26.50 | 7.78 | -0.34 | 3.09 | 13.50 | 19.50 | 29.50 | 33.50 | 24.14 | 0.24 |
| 38 | 23.32 | 23.50 | 25.50 | 7.67 | -0.31 | 3.04 | 13.50 | 18.50 | 28.50 | 32.50 | 23.30 | 0.25 |
| 39 | 22.48 | 23.50 | 24.50 | 7.56 | -0.28 | 2.98 | 12.50 | 17.50 | 27.50 | 31.50 | 22.46 | 0.25 |
| 40 | 21.63 | 22.50 | 23.50 | 7.46 | -0.24 | 2.94 | 11.50 | 16.50 | 26.50 | 30.50 | 21.61 | 0.24 |
| 41 | 20.78 | 21.50 | 22.50 | 7.35 | -0.21 | 2.89 | 10.50 | 16.50 | 25.50 | 29.50 | 20.77 | 0.24 |
| 42 | 19.94 | 20.50 | 21.50 | 7.25 | -0.18 | 2.85 | 10.50 | 15.50 | 24.50 | 28.50 | 19.93 | 0.23 |
| 43 | 19.10 | 19.50 | 20.50 | 7.14 | -0.14 | 2.82 | 9.50 | 14.50 | 24.50 | 27.50 | 19.09 | 0.23 |
| 44 | 18.27 | 18.50 | 19.50 | 7.03 | -0.11 | 2.79 | 8.50 | 13.50 | 23.50 | 27.50 | 18.27 | 0.23 |
| 45 | 17.44 | 17.50 | 18.50 | 6.91 | -0.08 | 2.76 | 8.50 | 12.50 | 22.50 | 26.50 | 17.45 | 0.23 |
| 46 | 16.63 | 16.50 | 17.50 | 6.79 | -0.04 | 2.74 | 7.50 | 12.50 | 21.50 | 25.50 | 16.64 | 0.22 |
| 47 | 15.84 | 16.50 | 16.50 | 6.67 | -0.00 | 2.73 | 6.50 | 11.50 | 20.50 | 24.50 | 15.84 | 0.21 |
| 48 | 15.06 | 15.50 | 15.50 | 6.53 | 0.03 | 2.72 | 6.50 | 10.50 | 19.50 | 23.50 | 15.06 | 0.20 |
| 49 | 14.32 | 14.50 | 14.50 | 6.38 | 0.08 | 2.72 | 5.50 | 9.50 | 18.50 | 22.50 | 14.31 | 0.20 |
| 50 | 13.59 | 13.50 | 14.50 | 6.22 | 0.12 | 2.73 | 5.50 | 9.50 | 17.50 | 21.50 | 13.59 | 0.19 |
| 51 | 12.89 | 12.50 | 13.50 | 6.05 | 0.17 | 2.75 | 4.50 | 8.50 | 16.50 | 20.50 | 12.88 | 0.19 |
| 52 | 12.19 | 12.50 | 12.50 | 5.88 | 0.22 | 2.77 | 4.50 | 7.50 | 16.50 | 19.50 | 12.18 | 0.18 |
| 53 | 11.50 | 11.50 | 11.50 | 5.71 | 0.28 | 2.81 | 3.50 | 7.50 | 15.50 | 19.50 | 11.49 | 0.18 |
| 54 | 10.82 | 10.50 | 10.50 | 5.54 | 0.34 | 2.85 | 3.50 | 6.50 | 14.50 | 18.50 | 10.82 | 0.18 |

Downloaded from http://meridian.allenpress.com/jfe/article-pdf/28/1-2/15/2869744/jfe-457.pdf by Allen Press Test Institution, Liza Woolard on 26 August 2021

**Exhibit A**