UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SHAJI BROWN | CIVIL ACTION |
| VERSUS | NO. 21-843 |
| ALABAMA GREAT SOUTHERN RAILROAD COMPANY | SECTION: "I" (5) |

This Court has been advised that the above-captioned case has settled. U.S. Magistrate Judge Michael B. North and counsel are thanked for their assistance.

New Orleans, Louisiana, this 23rd day of June, 2022.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE